IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RAKHMANKUL ZHUSUPUULU,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; DAVID EASTERWOOD, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement; and WARDEN OF MCCOOK WORK ETHICS CAMP,

Respondents.

**8:26CV17**

**JUDGMENT**

In accordance with the Order entered today (Filing No. 11), judgment is entered against the petitioner and in favor of the respondents. This case is dismissed. *See* Fed. R. Civ. P. 58.

Dated this 1st day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge